# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>STORAGE UNIT E016 AT PS PUBLIC<br>STORAGE, 1701 WHITEHEAD ROAD,<br>BALTIMORE, MD 21207 | Case No. **13-0966 TJS** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Storage Unit E016 is located at PS Public, 1701 Whitehead Road, Baltimore, MD 21207. Unit E016 is located in Unit Building E and is described as a middle-group unit with an orange metal garage-style door. There is a lock on the right side of the door. The numbers "E016" are spray painted to the left of the unit in black.

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ✓ evidence of a crime;
- ✓ contraband, fruits of crime, or other items illegally possessed;
- ✓ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute a Controlled Substance |
| 21 U.S.C. § 841 | Distribution of a Controlled Substance |

The application is based on these facts:

See attached affidavit

- ✓ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO Kevin Ermer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Apr 29, 2013

*Judge's signature*

City and state: Baltimore, Maryland

Honorable Timothy J. Sullivan, US Magistrate Judge
*Printed name and title*