AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched or identify the person by name and address)* <br> STORAGE UNIT E016 AT PS PUBLIC STORAGE, <br> 1701 WHITEHEAD ROAD, BALTIMORE, MD 21207 | ) <br> ) <br> ) Case No. <br> ) **13-0966 TJS** <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of   Maryland
*(identify the person or describe the property to be searched and give its location):*
Storage Unit E016 is located at PS Public, 1701 Whitehead Road, Baltimore, MD 21207. Unit E016 is located in Unit Building E and is described as a middle-group unit with an orange metal garage-style door. There is a lock on the right side of the door. The numbers "E016" are spray painted to the left of the unit in black.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   May 13, 2013
                                                                                              *(not to exceed 14 days)*

✓ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge   on duty                                        .
                            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   April 29, 2013
                                          5:14 pm                                    _____
                                                                                                     *Judge's signature*

City and state:   Baltimore, Maryland                               Honorable Timothy J. Sullivan, US Magistrate Judge
                                                                                                  *Printed name and title*

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

|  | *Return* |  |
|---|---|---|
| Case No.: <br> GC-11-0111 | Date and time warrant executed: <br> 04/29/2013   1814 hours | Copy of warrant and inventory left with: <br> Manager- Shaun Lewy |
| *Inventory made in the presence of:* <br> TFO Derek Ostrow, Manager Shaun Lewy ||| 

*Inventory of the property taken and name of any person(s) seized:*

No property or evidence seized from location

*Certification*

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  05/01/2013

_____
*Executing officer's signature*

Kevin Enner, Task Force Officer
*Printed name and title*